IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JO ANN WILLIAMSON,

        Petitioner,

v.

BOARD OF TRUSTEES
JACKSONVILLE POLICE AND
FIRE PENSION FUND,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-514

Opinion filed November 5, 2014.

Petition for Writ of Certiorari. Original jurisdiction.

Terence J. Kann of Terence J. Kann, P.A., Gainesville, for Petitioner.

Robert D. Klausner and Paul A. Daragjati of Klausner, Kaufman, Jensen, and Levinson, P.A., Plantation, for Respondent.

PER CURIAM.

        DENIED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.